**Electronically Filed
Supreme Court
SCWC-16-0000434
17-NOV-2016
10:23 AM**

SCWC-16-0000434

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

MICHELLIE R. RAQUEL,
Petitioner/Claimant-Appellee-Appellant,

vs.

AMERICAN SAVINGS BANK,
Respondent/Employer-Appellant-Appellee,

and

ACCLAMATION INSURANCE MANAGEMENT SERVICES,
Respondent/Third-Party Administrator-Appellant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000434; CASE NO. AB 2016-086; DCD NO. 2-15-03435)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari, filed on October 17, 2016, is hereby rejected.

DATED: Honolulu, Hawai'i, November 17, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

